# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CENTRAL LABORERS' PENSION,**
**WELFARE AND ANNUITY FUNDS,**

      Plaintiffs,

  -vs-                                  CIVIL ACTION NO. 04-CV-287 DRH

**ARTHUR FIELDS COMPANY,**

      Defendant.

## PARTIAL DEFAULT JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This action came to hearing before the Court on Plaintiffs' motion for default judgment.

**IT IS ORDERED AND ADJUDGED** that the plaintiffs' motion is **GRANTED**. Judgment is entered in favor of Plaintiff **CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS** and against Defendant **ARTHUR FIELDS COMPANY** in the sum of $12,248.35.


                                                    **NORBERT G. JAWORSKI, CLERK**

June  1st  , 2005                            BY:   s/ Patricia Brown
                                                                         Deputy Clerk

APPROVED: /s/     David RHerndon        EOD:   06/01/2005
            **U.S. DISTRICT JUDGE**